# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

**SAMUEL HISTER**                                                                                    **PLAINTIFF**

V.                      **CASE NO.: 3:13CV00272 BD**

**CAROLYN W. COLVIN, Commissioner,**
**Social Security Administration**                                            **DEFENDANT**

## JUDGMENT

Plaintiff Samuel Hister's appeal is denied, and judgment is entered in favor of Carolyn W. Colvin, Commissioner, Social Security Administration.

DATED this 29th day of August, 2014.

_____
UNITED STATES MAGISTRATE JUDGE